## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **REBECCA HOPGOOD,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **Case No. 10-2139** |
| **WEST ASSET MANAGEMENT, INC.,** ) | |
| **a Delaware corporation, et al.,** ) | |
| ) | |
| Defendants. ) | |

# ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties as to Defendant Receivables Performance Management, LLC, a Washington limited liability company.

**IT IS, THEREFORE, ORDERED as follows:**

1. The parties are hereby directed to file with the court, within 35 days of the date of this order, a stipulation of dismissal signed by both parties, regarding the dismissal of Defendant Receivables Performance Management, LLC. The stipulation of dismissal is due by **September 13, 2010.**

3. All time tables and scheduled hearings regarding Defendant Receivables Performance Management, LLC are VACATED until further order.

4. Any pending motions in this case regarding Defendant Receivables Performance Management, LLC, are rendered MOOT. If settlement does not occur regarding Defendant Receivables Performance Management, LLC, the parties can request that the motions be reinstated.

ENTER this 10th day of August, 2010.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE