UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| REBECCA HOPGOOD, </br></br>　　　　Plaintiff, </br></br> vs. </br></br> WEST ASSET MANAGEMENT, INC., a Delaware corporation, REDLINE RECOVERY SERVICES, L.L.C., a Georgia limited liability company, RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C., a Washington limited liability company, and PROFESSIONAL ACCOUNT SERVICES, INC., a Tennessee corporation, </br></br>　　　　Defendants. | 10-cv-02139-MPM-DGB </br></br> Jury Trial Demand |

## STIPULATION TO DISMISS

　　　　NOW COME Plaintiff REBECCA HOPGOOD, by and through her attorneys, Brankey & Smith, P.C., and Defendant RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C., by and through its attorneys, Hinshaw & Culbertson, L.L.P., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

| | |
|---|---|
| s/ Roy Jackson Dent </br> Roy Jackson Dent </br> Brankey & Smith, P.C. </br> 622 Jackson Avenue </br> Charleston, IL 61920 </br> Phone: (217) 345-6222 </br> Facsimile: (217) 345-6232 </br> E-Mail: rdent@brankeysmithpc.com </br></br> Attorney for Plaintiff | __s/ Nabil G. Foster_____ </br> Nabil G. Foster </br> Hinshaw & Culbertson, L.L.P. </br> 222 North LaSalle Street, Suite 300 </br> Chicago, IL 60601 </br> Phone: (312) 704-3262 </br> Facsimile: (312) 704-3001 </br> E-Mail: nfoster@hinshawlaw.com </br></br> Attorney for Defendant </br> (With consent) |