UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | | |
|---|---|---|
| REBECCA HOPGOOD, | ) | |
| | ) | 10-cv-02139-MPM-DGB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Jury Trial Demand |
| WEST ASSET MANAGEMENT, INC., a Delaware corporation, REDLINE RECOVERY SERVICES, L.L.C., a Georgia limited liability company, RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C., a Washington limited liability company, and PROFESSIONAL ACCOUNT SERVICES, INC., a Tennessee corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME Plaintiff REBECCA HOPGOOD, by and through her attorneys, Brankey & Smith, P.C., and Defendant REDLINE RECOVERY SERVICES, L.L.C., by and through its attorneys, Grady Pilgrim Christakis Bell, L.L.P., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

_s/ Jeffrey D. Pilgrim_____
Jeffrey D. Pilgrim
Grady Pilgrim Christakis Bell, L.L.P.
53 West Jackson Boulevard, Suite 1515
Chicago, IL 60604
Phone: (312) 939-0923
Facsimile: (312) 939-0983
E-Mail: jpilgrim@gradypilgrim.com

Attorney for Defendant
(With consent)