UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| REBECCA HOPGOOD,<br><br>Plaintiff,<br><br>vs.<br><br>WEST ASSET MANAGEMENT, INC., a Delaware corporation, REDLINE RECOVERY SERVICES, L.L.C., a Georgia limited liability company, RECEIVABLES PERFORMANCE MANAGEMENT, L.L.C., a Washington limited liability company, and PROFESSIONAL ACCOUNT SERVICES, INC., a Tennessee corporation,<br><br>Defendants. | 10-cv-02139-MPM-DGB<br><br>Jury Trial Demand |

## STIPULATION TO DISMISS

NOW COME Plaintiff REBECCA HOPGOOD, by and through her attorneys, Brankey & Smith, P.C., and Defendant PROFESSIONAL ACCOUNT SERVICES, INC., by and through its attorneys, Howard & Howard Attorneys PLLC, and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

s/ Roy Jackson Dent
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Telephone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

_s/ Jeffrey G. Sorenson__
Jeffrey G. Sorenson
Howard & Howard Attorneys PLLC
211 Fulton Street, Suite 600
Peoria, IL 61602
Telephone: (309) 672-1483
Facsimile: (309) 672-1568
E-Mail: jgs@h2law.com

Attorney for Defendant
(With consent)